ATYADM, CLOSED, CV

# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:07-cv-01393-MJD-AJB

Rywelski v. AU Optronics Corp, et al  
Assigned to: Judge Michael J. Davis  
Referred to: Magistrate Judge Arthur J. Boylan  
Cause: 15:1 Antitrust Litigation  

Date Filed: 03/02/2007  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti-Trust  
Jurisdiction: Federal Question  

**Plaintiff**

**Christopher C Rywelski**  
*on behalf of himself and all other similarly situated in Minnesota*

represented by **Barton C Gernander**  
Hellmuth & Johnson PLLC  
10400 Viking Dr Ste 500  
Eden Prairie, MN 55344  
952-941-4005  
Fax: 952-941-2337  
Email: bgernander@hjlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Christine -NA A Williams**  
Not Admitted  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Christopher -NA G Hill**  
Not Admitted  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Edward-NA J Westlow**  
Not Admitted  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**J Robert Keena**  
Hellmuth & Johnson PLLC  
10400 Viking Dr Ste 500  
Eden Prairie, MN 55344  
952-746-2113  
Fax: 952-941-2337  
Email: jkeena@hjlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Richard-NA L Coffman**  
Not Admitted

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wyatt-NA B Durrette**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**AU Optronics Corp**

**Defendant**
**AU Optronics Corp. America**

**Defendant**
**Chi Mei Optoelectronics Co., Ltd**

**Defendant**
**Chi Mei Optoelectronics USA, Inc.**

**Defendant**
**Chunghwa Picture Tubes, Ltd**

**Defendant**
**Fujitsu Limited, Inc**

**Defendant**
**Fujitsu America, Inc.**

**Defendant**
**HannStar Display Corporation**

**Defendant**
**Hitachi, LTD**

**Defendant**
**Hitachi Displays, Ltd.**

**Defendant**
**Hitachi America, Ltd**

**Defendant**
**Idtech Co., Ltd**

**Defendant**
**Idtech USA, Inc**

**Defendant**

**IPSA Alpha Technology, Ltd**

**Defendant**

**LG Phillips LCD Co., Ltd**

**Defendant**

**LG Philips LCD America, Inc.**

**Defendant**

**Matsushita Electric Industrial Co. Ltd**

**Defendant**

**Panasonic Corporation of North America**

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**Mitsubishi Electric & Electronics USA, Inc.**

**Defendant**

**NEC Electronics America, Inc.**

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**Samsung Electronics Company Ltd**

**Defendant**

**Samsung Electronics America, Inc.**

**Defendant**

**Sanyo Electric Co., Ltd**

**Defendant**

**Sanyo North America Corporation**

**Defendant**

**Epson Imaging Devices Corporation**

**Defendant**

**Seiko Epson Corporation**

**Defendant**

**Epson America, Inc.**

**Defendant**

**Epson Electronics America, Inc**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**5-LCD Corporation**

**Defendant**

**Syntax-Brillian Corp**

**Defendant**

**S-LCD Corporation**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba America Inc**

**Defendant**

**Toshiba Matsushita Display Technologuy Co., Ltd**

**Defendant**

**John Does**
*1-100*

**Defendant**

**NEC Electronics Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/02/2007 | 1 | COMPLAINT with Jury Demand against defendants ( Filing fee $ 350 receipt number 4011360.) assigned to Judge Michael J. Davis per Antitrust list and referred to Magistrate Judge Arthur J. Boylan., filed by Christopher C Rywelski. (Attachments: # 1 Civil Cover Sheet)(RJL) QC'd by gjs. Modified text on 3/14/2007 (mkc). (Entered: 03/05/2007) |
| 03/02/2007 | 2 | NOTICE of Appearance by J Robert Keena on behalf of Christopher C Rywelski (RJL) (Entered: 03/05/2007) |

| | | |
|---|---|---|
| 06/05/2007 | 3 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-1), transferring case to the Northern District of California, San Francisco per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Honorable Susan Illston. (jc) (Entered: 06/05/2007) |
| 06/05/2007 | | NOTICE to Attorney: Case #07-1393 MJD/AJB has been transferred to the Northern District of California pursuant to CTO-1. (jc) (Entered: 06/05/2007) |