1  J. Robert Keena (ID# 258817)
   Barton C. Gernander (ID #26779X)
2  HELLMUTH & JOHNSON, PLLC
   10400 Viking Drive, Suite 500
3  Eden Prairie, MN 55344
   Telephone: (952) 941-4005
4  Facsimile: (952) 941-2337
   E-mail:jkeena@hjlawfirm.com
5        bgernander@hjlawfirm.com

6  Attorneys for Plaintiff Christopher C. Rywelski

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | IN RE TFT-LCD (FLAT PANEL) | Case No. M-07-cv-01827 SI |
   | ANTITRUST LITIGATION |  |
13 |  | MDL No. 1827 |
14 | _____ |  |
   | This Document Relates To: | PLAINTIFF CHRISTOPHER C. |
15 |  | RYWELSKI'S CERTIFICATION |
   |  | OF INTERESTED ENTITIES OR |
16 | Case No. C 07-02935 SI, also referenced as | PERSONS PURSUANT TO CIVIL |
   | Case No. 0:07-cv-01393 (MJD /AJB)(D. | LOCAL RULE 3-16 |
17 | Minn.), |  |
   | an Indirect Purchaser Action. |  |
18

19         The undersigned, counsel of record for Plaintiff Christopher C. Rywelski, certify that

20 other than the named party, there is no interest required to be reported pursuant to Civil

21 L.R. 3-16.

22                                              HELLMUTH & JOHNSON, PLLC

23

24 Dated: October _9_, 2007          By:  /s/     BARTON C. GERNANDER
                                          Barton C. Gernander (ID #26779X)
25                                        Attorneys for Plaintiff
                                          CHRISTOPHER W. RYWELSKI
26

27

28                                          1
   _____
   Plaintiff Christopher W. Rywelski's Certification Of Interested Entities Or Persons   Case No. C 07-02935 SI
                                                                                  Case No. 0:07-cv-01393 (D. Minn.)